# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = let me jerk you 2
Search Results: Displaying 1 of 1 entries



**LET ME JERK YOU 2.**

            **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001705809 / 2010-09-22
      **Application Title:** LET ME JERK YOU 2.
                  **Title:** LET ME JERK YOU 2.
              **Description:** Videodisc (DVD)
     **Copyright Claimant:** PATRICK COLLINS, INC. Address: 8015 Deering Ave., Canoga Park, CA 91304 United States.
          **Date of Creation:** 2010
      **Date of Publication:** 2010-07-31
**Nation of First Publication:** United States
**Authorship on Application:** PATRICK COLLINS, INC., employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
           **Copyright Note:** C.O. correspondence.
                 **Names:** PATRICK COLLINS, INC.



| Save, Print and Email (Help Page) |
|---|
| Select Download Format: Full Record — Format for Print/Save |
| Enter your email address: _____ Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# EXHIBIT B

Case 1:10-cv-08760-PAC   Document 1-1   Filed 11/19/10   Page 3 of 8

**DigiProtect: Infringing Downloader Information**
Let Me Jerk You 2

|     | Ref. No. | Provider (ISP)        | IP Adress       | Date       | Time  | Title of Work    |
|-----|----------|-----------------------|-----------------|------------|-------|------------------|
| 1.  | 26       | BellSouth.net         | 74.244.104.193  | 09.10.2010 | 09:37 | Let me Jerk you 2 |
| 2.  | 277      | BellSouth.net         | 74.243.101.232  | 19.10.2010 | 18:33 | Let me Jerk you 2 |
| 3.  | 260      | BellSouth.net         | 67.32.179.52    | 18.10.2010 | 15:19 | Let me Jerk you 2 |
| 4.  | 271      | BellSouth.net         | 67.32.179.52    | 19.10.2010 | 17:56 | Let me Jerk you 2 |
| 5.  | 56       | Charter Communications | 24.151.71.169  | 10.10.2010 | 01:25 | Let me Jerk you 2 |
| 6.  | 171      | Charter Communications | 24.151.71.169  | 14.10.2010 | 03:41 | Let me Jerk you 2 |
| 7.  | 206      | Charter Communications | 24.151.71.169  | 16.10.2010 | 01:51 | Let me Jerk you 2 |
| 8.  | 148      | Charter Communications | 75.138.225.72  | 13.10.2010 | 06:49 | Let me Jerk you 2 |
| 9.  | 307      | Charter Communications | 68.186.138.156 | 21.10.2010 | 19:22 | Let me Jerk you 2 |
| 10. | 47       | Charter Communications | 71.11.143.84   | 09.10.2010 | 20:54 | Let me Jerk you 2 |
| 11. | 207      | Charter Communications | 71.11.143.84   | 16.10.2010 | 06:27 | Let me Jerk you 2 |
| 12. | 250      | Charter Communications | 71.11.143.84   | 18.10.2010 | 05:01 | Let me Jerk you 2 |
| 13. | 306      | Charter Communications | 71.11.143.84   | 21.10.2010 | 13:23 | Let me Jerk you 2 |
| 14. | 107      | Comcast Cable         | 24.2.145.64     | 11.10.2010 | 18:48 | Let me Jerk you 2 |
| 15. | 341      | Comcast Cable         | 76.28.111.166   | 23.10.2010 | 12:53 | Let me Jerk you 2 |
| 16. | 19       | Comcast Cable         | 98.211.68.51    | 09.10.2010 | 02:32 | Let me Jerk you 2 |
| 17. | 30       | Comcast Cable         | 76.119.30.213   | 09.10.2010 | 10:17 | Let me Jerk you 2 |
| 18. | 119      | Comcast Cable         | 76.119.15.19    | 12.10.2010 | 06:46 | Let me Jerk you 2 |
| 19. | 133      | Comcast Cable         | 76.119.30.213   | 12.10.2010 | 18:35 | Let me Jerk you 2 |
| 20. | 141      | Comcast Cable         | 71.232.179.203  | 12.10.2010 | 22:37 | Let me Jerk you 2 |
| 21. | 142      | Comcast Cable         | 66.31.222.179   | 12.10.2010 | 22:37 | Let me Jerk you 2 |
| 22. | 150      | Comcast Cable         | 76.119.15.19    | 13.10.2010 | 07:26 | Let me Jerk you 2 |
| 23. | 190      | Comcast Cable         | 76.119.30.213   | 14.10.2010 | 21:48 | Let me Jerk you 2 |
| 24. | 205      | Comcast Cable         | 76.119.30.213   | 16.10.2010 | 01:50 | Let me Jerk you 2 |
| 25. | 212      | Comcast Cable         | 98.216.238.105  | 16.10.2010 | 15:44 | Let me Jerk you 2 |
| 26. | 245      | Comcast Cable         | 71.232.179.203  | 18.10.2010 | 04:58 | Let me Jerk you 2 |
| 27. | 329      | Comcast Cable         | 24.61.142.53    | 22.10.2010 | 18:57 | Let me Jerk you 2 |
| 28. | 331      | Comcast Cable         | 71.232.179.203  | 23.10.2010 | 00:31 | Let me Jerk you 2 |
| 29. | 334      | Comcast Cable         | 75.67.17.166    | 23.10.2010 | 01:25 | Let me Jerk you 2 |
| 30. | 349      | Comcast Cable         | 24.61.142.53    | 24.10.2010 | 01:03 | Let me Jerk you 2 |
| 31. | 357      | Comcast Cable         | 24.63.6.232     | 28.10.2010 | 20:58 | Let me Jerk you 2 |
| 32. | 383      | Comcast Cable         | 24.34.101.207   | 03.11.2010 | 05:26 | Let me Jerk you 2 |
| 33. | 401      | Comcast Cable         | 71.232.179.203  | 10.11.2010 | 07:54 | Let me Jerk you 2 |
| 34. | 403      | Comcast Cable         | 24.61.142.53    | 10.11.2010 | 07:54 | Let me Jerk you 2 |
| 35. | 9        | Comcast Cable         | 69.143.112.132  | 08.10.2010 | 19:25 | Let me Jerk you 2 |
| 36. | 28       | Comcast Cable         | 98.233.117.76   | 09.10.2010 | 09:41 | Let me Jerk you 2 |
| 37. | 79       | Comcast Cable         | 98.233.117.76   | 10.10.2010 | 16:10 | Let me Jerk you 2 |
| 38. | 230      | Comcast Cable         | 98.231.144.20   | 17.10.2010 | 05:30 | Let me Jerk you 2 |
| 39. | 296      | Comcast Cable         | 69.138.213.28   | 20.10.2010 | 23:38 | Let me Jerk you 2 |
| 40. | 342      | Comcast Cable         | 69.137.234.56   | 23.10.2010 | 12:53 | Let me Jerk you 2 |
| 41. | 165      | Comcast Cable         | 24.128.28.192   | 13.10.2010 | 23:40 | Let me Jerk you 2 |
| 42. | 103      | Comcast Cable         | 68.80.188.112   | 11.10.2010 | 15:29 | Let me Jerk you 2 |
| 43. | 108      | Comcast Cable         | 69.141.70.147   | 11.10.2010 | 18:48 | Let me Jerk you 2 |
| 44. | 116      | Comcast Cable         | 68.45.9.221     | 12.10.2010 | 02:44 | Let me Jerk you 2 |
| 45. | 164      | Comcast Cable         | 68.39.131.7     | 13.10.2010 | 19:42 | Let me Jerk you 2 |
| 46. | 268      | Comcast Cable         | 68.36.165.104   | 19.10.2010 | 12:13 | Let me Jerk you 2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 47. | 3 | Comcast Cable | 98.219.187.245 | 08.10.2010 | 18:44 | Let me Jerk you 2 |
| 48. | 14 | Comcast Cable | 71.206.255.206 | 09.10.2010 | 02:12 | Let me Jerk you 2 |
| 49. | 48 | Comcast Cable | 69.142.138.151 | 09.10.2010 | 20:59 | Let me Jerk you 2 |
| 50. | 76 | Comcast Cable | 98.237.90.236 | 10.10.2010 | 12:39 | Let me Jerk you 2 |
| 51. | 85 | Comcast Cable | 71.224.121.18 | 10.10.2010 | 20:26 | Let me Jerk you 2 |
| 52. | 90 | Comcast Cable | 98.235.115.139 | 10.10.2010 | 23:16 | Let me Jerk you 2 |
| 53. | 99 | Comcast Cable | 24.23.100.143 | 11.10.2010 | 00:59 | Let me Jerk you 2 |
| 54. | 220 | Comcast Cable | 69.249.77.205 | 16.10.2010 | 20:22 | Let me Jerk you 2 |
| 55. | 252 | Comcast Cable | 71.230.77.20 | 18.10.2010 | 05:06 | Let me Jerk you 2 |
| 56. | 254 | Comcast Cable | 174.49.136.204 | 18.10.2010 | 08:08 | Let me Jerk you 2 |
| 57. | 292 | Comcast Cable | 98.219.187.245 | 20.10.2010 | 15:20 | Let me Jerk you 2 |
| 58. | 317 | Comcast Cable | 98.219.187.245 | 22.10.2010 | 06:39 | Let me Jerk you 2 |
| 59. | 347 | Comcast Cable | 71.225.34.93 | 23.10.2010 | 19:11 | Let me Jerk you 2 |
| 60. | 348 | Comcast Cable | 68.38.68.146 | 24.10.2010 | 01:03 | Let me Jerk you 2 |
| 61. | 270 | Comcast Cable | 67.187.16.48 | 19.10.2010 | 17:56 | Let me Jerk you 2 |
| 62. | 321 | Comcast Cable | 67.187.16.48 | 22.10.2010 | 12:22 | Let me Jerk you 2 |
| 63. | 340 | Comcast Cable | 98.204.165.50 | 23.10.2010 | 12:52 | Let me Jerk you 2 |
| 64. | 400 | Comcast Cable | 24.131.4.188 | 10.11.2010 | 03:44 | Let me Jerk you 2 |
| 65. | 101 | Comcast Cable | 24.60.28.181 | 11.10.2010 | 11:22 | Let me Jerk you 2 |
| 66. | 313 | Comcast Cable | 76.125.248.52 | 22.10.2010 | 01:08 | Let me Jerk you 2 |
| 67. | 344 | Comcast Cable | 76.125.248.52 | 23.10.2010 | 13:12 | Let me Jerk you 2 |
| 68. | 93 | Comcast Cable | 71.203.17.177 | 10.10.2010 | 23:16 | Let me Jerk you 2 |
| 69. | 173 | Comcast Cable | 98.203.30.211 | 14.10.2010 | 03:44 | Let me Jerk you 2 |
| 70. | 236 | Comcast Cable | 98.203.122.108 | 17.10.2010 | 05:35 | Let me Jerk you 2 |
| 71. | 365 | Comcast Cable | 67.190.217.162 | 01.11.2010 | 02:38 | Let me Jerk you 2 |
| 72. | 388 | Comcast Cable | 76.110.213.86 | 05.11.2010 | 22:04 | Let me Jerk you 2 |
| 73. | 40 | Comcast Cable | 24.99.214.32 | 09.10.2010 | 17:51 | Let me Jerk you 2 |
| 74. | 54 | Comcast Cable | 68.54.176.206 | 10.10.2010 | 00:50 | Let me Jerk you 2 |
| 75. | 132 | Comcast Cable | 68.47.117.219 | 12.10.2010 | 18:34 | Let me Jerk you 2 |
| 76. | 183 | Comcast Cable | 67.191.231.36 | 14.10.2010 | 17:04 | Let me Jerk you 2 |
| 77. | 201 | Comcast Cable | 68.51.177.114 | 15.10.2010 | 16:08 | Let me Jerk you 2 |
| 78. | 223 | Comcast Cable | 24.126.136.14 | 16.10.2010 | 20:22 | Let me Jerk you 2 |
| 79. | 283 | Comcast Cable | 98.252.231.26 | 20.10.2010 | 09:43 | Let me Jerk you 2 |
| 80. | 126 | Comcast Cable | 75.64.147.120 | 12.10.2010 | 12:44 | Let me Jerk you 2 |
| 81. | 144 | Comcast Cable | 67.177.169.113 | 12.10.2010 | 22:43 | Let me Jerk you 2 |
| 82. | 181 | Comcast Cable | 75.65.0.33 | 14.10.2010 | 17:04 | Let me Jerk you 2 |
| 83. | 221 | Comcast Cable | 75.65.0.33 | 16.10.2010 | 20:22 | Let me Jerk you 2 |
| 84. | 274 | Comcast Cable | 75.66.157.10 | 19.10.2010 | 17:57 | Let me Jerk you 2 |
| 85. | 1 | Comcast Cable | 68.51.24.223 | 08.10.2010 | 18:44 | Let me Jerk you 2 |
| 86. | 196 | Comcast Cable | 98.239.58.161 | 15.10.2010 | 06:46 | Let me Jerk you 2 |
| 87. | 217 | Comcast Cable | 98.239.58.161 | 16.10.2010 | 15:50 | Let me Jerk you 2 |
| 88. | 286 | Comcast Cable | 98.239.58.161 | 20.10.2010 | 09:44 | Let me Jerk you 2 |
| 89. | 319 | Comcast Cable | 68.51.37.157 | 22.10.2010 | 12:20 | Let me Jerk you 2 |
| 90. | 134 | Comcast Cable | 75.65.73.14 | 12.10.2010 | 18:35 | Let me Jerk you 2 |
| 91. | 198 | Comcast Cable | 75.65.73.14 | 15.10.2010 | 07:02 | Let me Jerk you 2 |
| 92. | 219 | Comcast Cable | 75.65.73.14 | 16.10.2010 | 16:05 | Let me Jerk you 2 |
| 93. | 251 | Comcast Cable | 75.65.73.14 | 18.10.2010 | 05:01 | Let me Jerk you 2 |
| 94. | 375 | Comcast Cable | 75.65.73.14 | 02.11.2010 | 01:11 | Let me Jerk you 2 |
| 95. | 120 | Comcast Cable | 24.14.24.216 | 12.10.2010 | 10:35 | Let me Jerk you 2 |
| 96. | 156 | Comcast Cable | 98.212.125.65 | 13.10.2010 | 14:33 | Let me Jerk you 2 |
| 97. | 182 | Comcast Cable | 98.206.75.102 | 14.10.2010 | 17:04 | Let me Jerk you 2 |

| # | | ISP | IP Address | Date | Time | Title |
|---|---|---|---|---|---|---|
| 98. | 185 | Comcast Cable | 76.16.132.116 | 14.10.2010 | 17:04 | Let me Jerk you 2 |
| 99. | 187 | Comcast Cable | 98.223.88.81 | 14.10.2010 | 19:20 | Let me Jerk you 2 |
| 100. | 258 | Comcast Cable | 98.193.90.223 | 18.10.2010 | 15:11 | Let me Jerk you 2 |
| 101. | 387 | Comcast Cable | 71.201.46.3 | 04.11.2010 | 10:13 | Let me Jerk you 2 |
| 102. | 37 | Comcast Cable | 68.54.210.218 | 09.10.2010 | 17:50 | Let me Jerk you 2 |
| 103. | 111 | Comcast Cable | 68.54.210.218 | 11.10.2010 | 19:10 | Let me Jerk you 2 |
| 104. | 135 | Comcast Cable | 98.228.15.137 | 12.10.2010 | 18:35 | Let me Jerk you 2 |
| 105. | 222 | Comcast Cable | 68.54.210.218 | 16.10.2010 | 20:22 | Let me Jerk you 2 |
| 106. | 264 | Comcast Cable | 67.174.90.25 | 19.10.2010 | 01:46 | Let me Jerk you 2 |
| 107. | 278 | Comcast Cable | 68.54.210.218 | 19.10.2010 | 18:33 | Let me Jerk you 2 |
| 108. | 309 | Comcast Cable | 69.245.196.119 | 22.10.2010 | 00:33 | Let me Jerk you 2 |
| 109. | 243 | Comcast Cable | 69.242.161.111 | 18.10.2010 | 04:58 | Let me Jerk you 2 |
| 110. | 149 | Cox Communications | 98.169.133.42 | 13.10.2010 | 07:24 | Let me Jerk you 2 |
| 111. | 209 | Cox Communications | 72.196.228.75 | 16.10.2010 | 15:44 | Let me Jerk you 2 |
| 112. | 343 | Cox Communications | 72.196.208.36 | 23.10.2010 | 13:01 | Let me Jerk you 2 |
| 113. | 77 | Cox Communications | 72.204.45.63 | 10.10.2010 | 14:14 | Let me Jerk you 2 |
| 114. | 253 | Cox Communications | 72.204.45.63 | 18.10.2010 | 07:28 | Let me Jerk you 2 |
| 115. | 241 | Cox Communications | 98.163.193.217 | 17.10.2010 | 20:08 | Let me Jerk you 2 |
| 116. | 224 | Knology | 24.214.12.39 | 16.10.2010 | 20:23 | Let me Jerk you 2 |
| 117. | 129 | Knology | 75.76.247.137 | 12.10.2010 | 18:34 | Let me Jerk you 2 |
| 118. | 138 | Knology | 24.236.100.112 | 12.10.2010 | 19:22 | Let me Jerk you 2 |
| 119. | 248 | Knology | 24.236.100.112 | 18.10.2010 | 04:59 | Let me Jerk you 2 |
| 120. | 160 | Optimum Online | 24.44.51.44 | 13.10.2010 | 19:04 | Let me Jerk you 2 |
| 121. | 67 | Optimum Online | 67.82.45.86 | 10.10.2010 | 04:24 | Let me Jerk you 2 |
| 122. | 75 | Optimum Online | 68.192.196.109 | 10.10.2010 | 12:30 | Let me Jerk you 2 |
| 123. | 80 | Optimum Online | 67.83.23.72 | 10.10.2010 | 16:12 | Let me Jerk you 2 |
| 124. | 88 | Optimum Online | 68.192.66.77 | 10.10.2010 | 21:11 | Let me Jerk you 2 |
| 125. | 151 | Optimum Online | 68.192.66.77 | 13.10.2010 | 08:32 | Let me Jerk you 2 |
| 126. | 13 | Optimum Online | 24.44.94.38 | 09.10.2010 | 02:12 | Let me Jerk you 2 |
| 127. | 155 | Optimum Online | 68.195.157.241 | 13.10.2010 | 14:33 | Let me Jerk you 2 |
| 128. | 352 | Optimum Online | 69.123.44.233 | 24.10.2010 | 01:40 | Let me Jerk you 2 |
| 129. | 358 | Road Runner | 74.78.5.139 | 28.10.2010 | 21:53 | Let me Jerk you 2 |
| 130. | 10 | Road Runner | 74.66.230.144 | 08.10.2010 | 19:26 | Let me Jerk you 2 |
| 131. | 18 | Road Runner | 72.231.25.230 | 09.10.2010 | 02:20 | Let me Jerk you 2 |
| 132. | 33 | Road Runner | 67.249.176.178 | 09.10.2010 | 13:40 | Let me Jerk you 2 |
| 133. | 60 | Road Runner | 69.205.202.210 | 10.10.2010 | 01:28 | Let me Jerk you 2 |
| 134. | 66 | Road Runner | 24.193.199.243 | 10.10.2010 | 04:24 | Let me Jerk you 2 |
| 135. | 95 | Road Runner | 66.108.142.122 | 10.10.2010 | 23:17 | Let me Jerk you 2 |
| 136. | 102 | Road Runner | 74.66.77.13 | 11.10.2010 | 11:23 | Let me Jerk you 2 |
| 137. | 112 | Road Runner | 24.59.79.78 | 11.10.2010 | 23:22 | Let me Jerk you 2 |
| 138. | 115 | Road Runner | 67.250.16.222 | 12.10.2010 | 02:44 | Let me Jerk you 2 |
| 139. | 118 | Road Runner | 72.231.25.230 | 12.10.2010 | 03:25 | Let me Jerk you 2 |
| 140. | 128 | Road Runner | 67.243.183.173 | 12.10.2010 | 17:07 | Let me Jerk you 2 |
| 141. | 154 | Road Runner | 74.73.229.35 | 13.10.2010 | 14:33 | Let me Jerk you 2 |
| 142. | 177 | Road Runner | 74.64.123.112 | 14.10.2010 | 07:26 | Let me Jerk you 2 |
| 143. | 237 | Road Runner | 72.231.25.230 | 17.10.2010 | 05:46 | Let me Jerk you 2 |
| 144. | 276 | Road Runner | 72.231.25.230 | 19.10.2010 | 18:21 | Let me Jerk you 2 |
| 145. | 303 | Road Runner | 72.231.25.230 | 21.10.2010 | 07:45 | Let me Jerk you 2 |
| 146. | 346 | Road Runner | 72.231.25.230 | 23.10.2010 | 13:19 | Let me Jerk you 2 |
| 147. | 402 | Road Runner | 67.246.241.175 | 10.11.2010 | 07:54 | Let me Jerk you 2 |
| 148. | 22 | Road Runner | 24.209.103.191 | 09.10.2010 | 06:22 | Let me Jerk you 2 |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 149. | 74 | Road Runner | 71.67.128.129 | 10.10.2010 | 12:29 | Let me Jerk you 2 |
| 150. | 91 | Road Runner | 75.187.145.53 | 10.10.2010 | 23:16 | Let me Jerk you 2 |
| 151. | 147 | Road Runner | 75.187.145.53 | 13.10.2010 | 06:48 | Let me Jerk you 2 |
| 152. | 204 | Road Runner | 184.56.91.82 | 16.10.2010 | 01:50 | Let me Jerk you 2 |
| 153. | 288 | Road Runner | 98.30.14.182 | 20.10.2010 | 09:52 | Let me Jerk you 2 |
| 154. | 291 | Road Runner | 184.56.91.82 | 20.10.2010 | 15:20 | Let me Jerk you 2 |
| 155. | 322 | Road Runner | 98.30.14.182 | 22.10.2010 | 12:31 | Let me Jerk you 2 |
| 156. | 384 | Road Runner | 184.58.106.83 | 04.11.2010 | 04:21 | Let me Jerk you 2 |
| 157. | 225 | Road Runner | 76.188.177.124 | 16.10.2010 | 20:33 | Let me Jerk you 2 |
| 158. | 34 | Road Runner | 72.189.205.120 | 09.10.2010 | 14:35 | Let me Jerk you 2 |
| 159. | 42 | Road Runner | 72.189.107.79 | 09.10.2010 | 17:53 | Let me Jerk you 2 |
| 160. | 62 | Road Runner | 173.170.248.193 | 10.10.2010 | 02:10 | Let me Jerk you 2 |
| 161. | 97 | Road Runner | 68.204.188.217 | 10.10.2010 | 23:21 | Let me Jerk you 2 |
| 162. | 136 | Road Runner | 97.101.152.222 | 12.10.2010 | 18:38 | Let me Jerk you 2 |
| 163. | 193 | Road Runner | 67.8.80.172 | 14.10.2010 | 21:58 | Let me Jerk you 2 |
| 164. | 229 | Road Runner | 97.106.157.238 | 17.10.2010 | 05:30 | Let me Jerk you 2 |
| 165. | 239 | Road Runner | 72.185.72.63 | 17.10.2010 | 20:00 | Let me Jerk you 2 |
| 166. | 284 | Road Runner | 72.184.145.67 | 20.10.2010 | 09:44 | Let me Jerk you 2 |
| 167. | 330 | Road Runner | 97.103.67.67 | 23.10.2010 | 00:31 | Let me Jerk you 2 |
| 168. | 20 | Road Runner | 24.26.233.218 | 09.10.2010 | 05:49 | Let me Jerk you 2 |
| 169. | 29 | Road Runner | 76.185.124.126 | 09.10.2010 | 09:44 | Let me Jerk you 2 |
| 170. | 139 | Road Runner | 67.78.81.135 | 12.10.2010 | 22:35 | Let me Jerk you 2 |
| 171. | 167 | Road Runner | 66.68.244.123 | 14.10.2010 | 01:16 | Let me Jerk you 2 |
| 172. | 180 | Road Runner | 76.186.26.71 | 14.10.2010 | 17:04 | Let me Jerk you 2 |
| 173. | 199 | Road Runner | 70.123.203.237 | 15.10.2010 | 11:38 | Let me Jerk you 2 |
| 174. | 227 | Road Runner | 70.123.203.237 | 17.10.2010 | 01:10 | Let me Jerk you 2 |
| 175. | 285 | Road Runner | 70.123.203.237 | 20.10.2010 | 09:44 | Let me Jerk you 2 |
| 176. | 289 | Road Runner | 97.106.252.91 | 20.10.2010 | 15:20 | Let me Jerk you 2 |
| 177. | 200 | Road Runner | 76.177.63.181 | 15.10.2010 | 11:49 | Let me Jerk you 2 |
| 178. | 55 | Road Runner | 174.106.78.37 | 10.10.2010 | 01:01 | Let me Jerk you 2 |
| 179. | 122 | Road Runner | 24.199.132.210 | 12.10.2010 | 10:35 | Let me Jerk you 2 |
| 180. | 338 | Road Runner | 174.99.81.135 | 23.10.2010 | 06:44 | Let me Jerk you 2 |
| 181. | 159 | Road Runner | 184.59.246.94 | 13.10.2010 | 15:08 | Let me Jerk you 2 |
| 182. | 249 | Road Runner | 184.59.246.94 | 18.10.2010 | 04:59 | Let me Jerk you 2 |
| 183. | 355 | Road Runner | 76.182.135.60 | 28.10.2010 | 20:58 | Let me Jerk you 2 |
| 184. | 350 | SBC Internet Services | 99.168.76.161 | 24.10.2010 | 01:08 | Let me Jerk you 2 |
| 185. | 65 | SBC Internet Services | 99.163.101.242 | 10.10.2010 | 04:19 | Let me Jerk you 2 |
| 186. | 94 | SBC Internet Services | 99.48.114.118 | 10.10.2010 | 23:16 | Let me Jerk you 2 |
| 187. | 109 | SBC Internet Services | 99.68.254.75 | 11.10.2010 | 18:50 | Let me Jerk you 2 |
| 188. | 203 | SBC Internet Services | 99.163.100.106 | 15.10.2010 | 16:10 | Let me Jerk you 2 |
| 189. | 232 | SBC Internet Services | 99.163.94.17 | 17.10.2010 | 05:32 | Let me Jerk you 2 |
| 190. | 266 | SBC Internet Services | 99.188.89.48 | 19.10.2010 | 07:28 | Let me Jerk you 2 |
| 191. | 280 | SBC Internet Services | 99.91.38.158 | 19.10.2010 | 18:34 | Let me Jerk you 2 |
| 192. | 294 | SBC Internet Services | 75.53.134.37 | 20.10.2010 | 23:38 | Let me Jerk you 2 |
| 193. | 320 | SBC Internet Services | 99.30.106.181 | 22.10.2010 | 12:22 | Let me Jerk you 2 |
| 194. | 328 | SBC Internet Services | 99.18.171.194 | 22.10.2010 | 18:57 | Let me Jerk you 2 |
| 195. | 140 | SBC Internet Services | 99.148.26.245 | 12.10.2010 | 22:36 | Let me Jerk you 2 |
| 196. | 146 | SBC Internet Services | 99.141.204.65 | 13.10.2010 | 06:48 | Let me Jerk you 2 |
| 197. | 304 | SBC Internet Services | 68.253.209.48 | 21.10.2010 | 07:54 | Let me Jerk you 2 |
| 198. | 374 | SBC Internet Services | 76.202.216.101 | 02.11.2010 | 01:05 | Let me Jerk you 2 |
| 199. | 175 | SBC Internet Services | 68.251.185.24 | 14.10.2010 | 07:22 | Let me Jerk you 2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 200. | 186 | SBC Internet Services | 76.214.104.119 | 14.10.2010 | 17:05 | Let me Jerk you 2 |
| 201. | 390 | SBC Internet Services | 99.112.44.204 | 05.11.2010 | 22:04 | Let me Jerk you 2 |
| 202. | 64 | Verizon Internet Services | 173.75.255.235 | 10.10.2010 | 04:18 | Let me Jerk you 2 |
| 203. | 2 | Verizon Internet Services | 96.237.233.163 | 08.10.2010 | 18:44 | Let me Jerk you 2 |
| 204. | 36 | Verizon Internet Services | 72.93.98.58 | 09.10.2010 | 17:50 | Let me Jerk you 2 |
| 205. | 106 | Verizon Internet Services | 173.48.248.66 | 11.10.2010 | 15:29 | Let me Jerk you 2 |
| 206. | 300 | Verizon Internet Services | 96.252.45.62 | 21.10.2010 | 07:24 | Let me Jerk you 2 |
| 207. | 335 | Verizon Internet Services | 96.252.45.62 | 23.10.2010 | 01:25 | Let me Jerk you 2 |
| 208. | 273 | Verizon Internet Services | 71.166.51.81 | 19.10.2010 | 17:57 | Let me Jerk you 2 |
| 209. | 385 | Verizon Internet Services | 71.166.51.81 | 04.11.2010 | 04:21 | Let me Jerk you 2 |
| 210. | 393 | Verizon Internet Services | 71.166.51.81 | 07.11.2010 | 23:12 | Let me Jerk you 2 |
| 211. | 4 | Verizon Internet Services | 98.109.82.95 | 08.10.2010 | 18:45 | Let me Jerk you 2 |
| 212. | 35 | Verizon Internet Services | 173.63.166.193 | 09.10.2010 | 15:32 | Let me Jerk you 2 |
| 213. | 57 | Verizon Internet Services | 71.187.144.146 | 10.10.2010 | 01:25 | Let me Jerk you 2 |
| 214. | 326 | Verizon Internet Services | 71.187.144.146 | 22.10.2010 | 13:14 | Let me Jerk you 2 |
| 215. | 368 | Verizon Internet Services | 71.187.144.146 | 01.11.2010 | 02:38 | Let me Jerk you 2 |
| 216. | 379 | Verizon Internet Services | 71.187.144.146 | 02.11.2010 | 23:30 | Let me Jerk you 2 |
| 217. | 7 | Verizon Internet Services | 71.244.120.71 | 08.10.2010 | 18:53 | Let me Jerk you 2 |
| 218. | 137 | Verizon Internet Services | 72.95.128.173 | 12.10.2010 | 19:13 | Let me Jerk you 2 |
| 219. | 157 | Verizon Internet Services | 71.175.66.30 | 13.10.2010 | 14:34 | Let me Jerk you 2 |
| 220. | 192 | Verizon Internet Services | 71.175.66.30 | 14.10.2010 | 21:50 | Let me Jerk you 2 |
| 221. | 214 | Verizon Internet Services | 173.49.254.103 | 16.10.2010 | 15:44 | Let me Jerk you 2 |
| 222. | 293 | Verizon Internet Services | 74.109.197.27 | 20.10.2010 | 16:00 | Let me Jerk you 2 |
| 223. | 301 | Verizon Internet Services | 71.175.66.30 | 21.10.2010 | 07:24 | Let me Jerk you 2 |
| 224. | 323 | Verizon Internet Services | 71.175.66.30 | 22.10.2010 | 12:47 | Let me Jerk you 2 |
| 225. | 327 | Verizon Internet Services | 98.114.235.39 | 22.10.2010 | 18:29 | Let me Jerk you 2 |
| 226. | 25 | Verizon Internet Services | 173.69.9.109 | 09.10.2010 | 06:39 | Let me Jerk you 2 |
| 227. | 234 | Verizon Internet Services | 74.97.54.14 | 17.10.2010 | 05:32 | Let me Jerk you 2 |
| 228. | 324 | Verizon Internet Services | 72.87.92.75 | 22.10.2010 | 12:50 | Let me Jerk you 2 |
| 229. | 211 | Verizon Internet Services | 108.18.250.105 | 16.10.2010 | 15:44 | Let me Jerk you 2 |
| 230. | 265 | Verizon Internet Services | 108.18.250.105 | 19.10.2010 | 07:04 | Let me Jerk you 2 |
| 231. | 399 | Verizon Internet Services | 71.178.16.77 | 10.11.2010 | 03:40 | Let me Jerk you 2 |
| 232. | 27 | Verizon Internet Services | 108.9.58.142 | 09.10.2010 | 09:38 | Let me Jerk you 2 |
| 233. | 70 | Verizon Internet Services | 96.254.124.236 | 10.10.2010 | 08:30 | Let me Jerk you 2 |
| 234. | 96 | Verizon Internet Services | 72.91.179.54 | 10.10.2010 | 23:17 | Let me Jerk you 2 |
| 235. | 395 | Verizon Internet Services | 173.78.108.59 | 07.11.2010 | 23:19 | Let me Jerk you 2 |
| 236. | 11 | Verizon Internet Services | 173.64.219.50 | 09.10.2010 | 00:07 | Let me Jerk you 2 |
| 237. | 98 | Verizon Internet Services | 71.170.125.118 | 11.10.2010 | 00:03 | Let me Jerk you 2 |
| 238. | 124 | Verizon Internet Services | 173.74.251.20 | 12.10.2010 | 10:36 | Let me Jerk you 2 |
| 239. | 218 | Verizon Internet Services | 71.170.147.218 | 16.10.2010 | 15:52 | Let me Jerk you 2 |
| 240. | 318 | Verizon Internet Services | 71.170.125.118 | 22.10.2010 | 06:41 | Let me Jerk you 2 |