UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIGIPROTECT USA CORP.,

    *Plaintiff*,

v.

DOES 1 – 240,

    *Defendants.*

No. 10-cv-008760-PAC-HP

**THIRD-PARTY COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC'S NOTICE OF MOTION TO MODIFY THE NOVEMBER 29, 2010 ORDER TO SHOW CAUSE PERMITTING EXPEDITED DISCOVERY, AND FOR A PROTECTIVE ORDER**

    PLEASE TAKE NOTICE that upon the Affidavit of Monica Mosley, sworn to on December 20, 2010, and the accompanying Memorandum of Law in Support of Third-Party Comcast Cable Communications Management, LLC's Motion to Modify the November 29, 2010 Order to Show Cause Permitting Expedited Discovery, and for a Protective Order, Third-Party Comcast Cable Communications Management, LLC ("Comcast")[1] will move this Court before the Honorable Paul A. Crotty, United States District Judge, for an Order to modify the November 29, 2010 Order in this action and for a Protective Order governing any future subpoena served on Comcast by Plaintiff.

---

[1] Plaintiff served "Comcast Communications LLC," but the proper entity is Comcast Cable Communications Management, LLC.

Dated: December 27, 2010                Respectfully submitted,


          __s/ Lacy H. Koonce, III_____
                Lacy H. Koonce, III

**DAVIS WRIGHT TREMAINE LLP**
1633 Broadway
New York, New York 10019
(212) 489-8230

*Attorney for Third-Party Comcast Cable*
*Communications Management, LLC*


*Of Counsel:*
John D. Seiver
Leslie G. Moylan
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Ave., N.W., Suite 200
Washington, DC 2000
(202) 973-4200

*Counsel for Third-Party Comcast Cable*
*Communications Management, LLC*


TO:    John Britton Payne
         Jonathan E. Moskin
         Foley & Lardner, LLP
         90 Park Avenue
         New York, NY 10016

         *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 27th day of December, 2010, true and correct copies of the foregoing Third-Party Comcast Cable Communications Management, LLC's Motion to Modify the November 29, 2010 Order to Show Cause Permitting Expedited Discovery, and for a Protective Order were served via ECF upon all counsel of record.

                                                                                            s/ Lacy H. Koonce, III